Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Joseph Samo, and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Joseph Samo, individually and on behalf of all others similarly situated, | **CASE NO: 3:17-cv-02414-WQH-BLM** |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Ace Parking Management, Inc., | |
| Defendant. | |

//

//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 15, 2018 for filing a Request for Dismissal.

Respectfully submitted,

**Hyde & Swigart, APC**

Date: March 16, 2018

By: s/Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*