Al M. De La Cruz (State Bar No. 151388)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
225 Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendant ACE PARKING MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAMO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE PARKING MANAGEMENT, INC.,<br><br>Defendant. | Case No. 3:17-cv-02414-WQH-BLM<br><br>**JOINT MOTION FOR DISMISSAL OF DEFENDANT ACE PARKING MANAGEMENT, INC., WITH PREJUDICE AND REQUEST FOR ORDER THEREON**<br><br>The Hon. William Q. Hayes |

IT IS HEREBY STIPULATED by and between Plaintiff Joseph Samo ("Plaintiff") and Defendant Ace Parking Management, Inc. ("Defendant"), through their respective counsel, that this action shall be dismissed, with prejudice as to Defendant Ace Parking Management, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Defendant further agree that the Court shall retain jurisdiction to enforce the terms of their settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

4830-4032-1638.1                                                      Case No. 3:17-cv-02414-WQH-BLM

1  Plaintiff and Defendant request that the Court accept this stipulation and order
2  thereon.

4  DATED: May 16, 2018          **HYDE & SWIGART APC**

7           By:    /s/ Yana A. Hart
                  Joshua B. Swigart
8                 Yana A. Hart
                  Attorneys for Plaintiff JOSEPH SAMO

11 DATED: May 16, 2018          **MANNING & KASS**
12                              **ELLROD, RAMIREZ, TRESTER LLP**

14           By:    /s/ Al M. De La Cruz
15                 Al M. De La Cruz
                   Attorneys for Defendant ACE PARKING
16                 MANAGEMENT, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 225 Broadway, Suite 1200, San Diego, CA 92101.

On May 16, 2018, I served true copies of the following document(s) described as **JOINT MOTION FOR DISMISSAL OF DEFENDANT ACE PARKING MANAGEMENT, INC., WITH PREJUDICE AND REQUEST FOR ORDER THEREON** on the interested parties in this action as follows:

| | |
|---|---|
| Yana A. Hart<br>Joshua B. Swigart<br>Hyde & Swigart<br>2221 Camino Del Rio South<br>Suite 101<br>San Diego, CA 92108<br>E-Mail: yana@westcoastlitigation.com<br>E-Mail: josh@westcoastlitigation.com | Abbas Kazerounian<br>Kazerounian Law Group, APC<br>245 Fischer Avenue<br>Suite D1<br>Costa Mesa, CA 92626<br>E-Mail: ak@kazlg.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2018, at San Diego, California.

/s/ Al M. De La Cruz
Al M. De La Cruz