# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAMO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACE PARKING MANAGEMENT, INC.,<br><br>　　　　　　Defendant. | Case No. 3:17-cv-02414-WQH-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT ACE PARKING MANAGEMENT, INC., WITH PREJUDICE**<br><br>The Hon. William Q. Hayes |

After full consideration of the Joint Motion for Dismissal, this Court finds as follows:

Plaintiff and Defendant have shown good cause for this matter to be dismissed.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice.

Dated: May 18, 2018

　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court